UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SELENA BLANCHARD,<br>Petitioner. | Case No. 20-07578 BLF (PR)<br>**JUDGMENT** |

For the reasons stated in the order of dismissal, this action is DISMISSED without prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED.**

Dated:  \_**December 8, 2020**\_\_\_\_

*[signature]*
BETH LABSON FREEMAN
United States District Judge