UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SELENA BLANCHARD,<br><br>Petitioner. | Case No. 20-07578 BLF (PR)<br><br>**ORDER REOPENING ACTION; DIRECTING PETITIONER TO FILE HABEAS PETITION** |

On October 28, 2020, Petitioner, a federal prisoner, filed a letter which was construed as an attempt to file a petition for a writ of habeas corpus in this Court. Dkt. No. 1. On December 8, 2020, the Court dismissed the action after Petitioner failed to respond to the Clerk's notices directing her to file a petition on the Court's form, Dkt. No. 2, and to either pay the filing fee or file a complete application to proceed *in forma pauperis* ("IFP"), Dkt. No. 3. Dkt. No. 8. Judgement was entered the same day. Dkt. No. 9.

On December 29, 2020, a receipt for $5.00 was received from the Department of Justice on behalf of Petitioner. Dkt. No. 10. In the interest of justice, the Court will reopen this matter and give Petitioner another opportunity to file a proper petition. The judgment entered on December 8, 2020, is hereby **VACATED**. Dkt. No. 9. The Clerk shall reopen this matter.

Within **twenty-eight (28) days** from the date this order is filed, Petitioner shall file

1  a petition using the Court's form.  If additional time is needed, Petitioner must file a
2  motion for an extension of time before the deadline expires, showing good cause for the
3  request.
4      The Clerk shall enclose two copies of the court's form petition with a copy of this
5  order to Petitioner.
6      **IT IS SO ORDERED.**
7  Dated: January 11, 2021

BETH LABSON FREEMAN
United States District Judge

25  Order Reopening Action; Directing P to file Petition
P:\PRO-SE\BLF\HC.20\07578Blanchard_reopen

United States District Court
Northern District of California